# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| | : | |
| v. | : | Hon. Edward S. Kiel |
| | : | |
| JAHAD GOFF<br>a/k/a "Haddy" | : | Mag. No. 23-15021 |

I, Christopher Serrano, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Special Deputy United States Marshal with the United States Marshals Service, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ Christopher Serrano
Christopher Serrano
Special Deputy U.S. Marshal
United States Marshals Service

Special Deputy U.S. Marshal Serrano attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(b)(2)(A) on this 1st day of February 2023.

/s/ Hon. Edward S. Kiel, U.S.M.J.
Hon. Edward S. Kiel
United States Magistrate Judge

## ATTACHMENT A

## COUNT ONE

(Possession of Ammunition by a Convicted Felon)

On or about January 27, 2023, in Essex County in the District of New Jersey and elsewhere, the defendant,

**JAHAD GOFF**
**a/k/a "Haddy,"**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, namely twenty-one rounds of 5.7 x 28-millimeter ammunition, and the ammunition was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## **ATTACHMENT B**

I, Christopher Serrano, am a Special Deputy United States Marshal with the United States Marshals Service.  I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports and documents.  Where statements of others are related herein, they are related in substance and in part.  Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.  Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. On or about January 27, 2023, a United States Magistrate Judge issued a warrant to search GOFF's home, an apartment in Irvington, for, amongst other items, firearms and ammunition.  The search was conducted on the same day.

2. During the execution of the search warrant, law enforcement located ammunition, including: (i) twenty-one rounds of 5.7 x 28-millimeter ammunition; (ii) one .40 caliber ball round; (iii) one .40 caliber hollow-point round; (iv) one 9-millimeter ball round; and (v) one .380 caliber ball round.

3. In addition to the ammunition, during the execution of the search warrant, law enforcement also located one black rifle scope, three boxes for Glock pistols, one box for a Ruger firearm, and one extended magazine capable of holding more than twenty rounds of 5.7 x 28-millimeter ammunition.

4. The ammunition, rifle scope, boxes for firearms, and extended magazine were recovered from a bedroom in which various mailings addressed to GOFF were located ("GOFF's bedroom").  Also located within GOFF's bedroom were GOFF's birth certificate, GOFF's New Jersey Motor Vehicle Commission photo identification, GOFF's cellular telephone, and various articles of GOFF's clothing.  Multiple rounds of ammunition and boxes for firearms were openly displayed in GOFF's bedroom on a nightstand directly next to GOFF's bed.  A box containing multiple rounds of 5.7 x 28-millimeter ammunition was openly displayed on a chair in the middle of GOFF's bedroom.

5. During the search of GOFF's bedroom, law enforcement observed a hole with the shape and size of a bullet at the top of the bedroom door.  Law enforcement observed a second bullet hole in the ceiling of the hallway immediately outside the bedroom door.

6. Prior to being transported by law enforcement, GOFF entered GOFF's bedroom to dress himself with his clothing.

7. The 5.7 x 28-millimeter ammunition recovered from GOFF's bedroom was manufactured outside of the State of New Jersey, and thus traveled

in interstate commerce prior to GOFF's possession of it in New Jersey on or about January 27, 2023.

8. On or about January 21, 2023, GOFF was involved in a shooting with multiple individuals on South 6th Street in Newark, New Jersey. Videographic evidence shows that during the shooting, GOFF returned fire in the direction of multiple people.

9. Following the shooting incident, law enforcement observed that GOFF's vehicle had multiple bullet holes. Law enforcement conducted an interview with GOFF, during which GOFF claimed he was the victim of a shooting but failed to mention that he fired a weapon in the direction of multiple people.

10. At the scene of the shooting incident, law enforcement recovered approximately: (i) four spent rounds of 9-millimeter ammunition; (ii) one spent round of .45 caliber ammunition; (iii) seventeen spent rounds of .40 caliber ammunition; and (iv) three spent rounds of .22 caliber ammunition.

11. On or about August 27, 2018, GOFF was convicted in the Superior Court of New Jersey, Essex County, of Aggravated Assault, in violation of N.J.S.A. 2C:12-1(b)(4), and Possession of a Weapon for an Unlawful Purpose, in violation of N.J.S.A. 2C:39-4(a)(2), each of which is a crime punishable by a term of imprisonment exceeding one year.